# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 7, 2022

## NO. 03-20-00458-CV

**5th and West Owner, L.P., and Joshua Needham, Appellants**

**v.**

**Daryn Wasek and Donald Wasek, Appellees**

## APPEAL FROM THE 200TH DISTRICT COURT OF TRAVIS COUNTY
## BEFORE CHIEF JUSTICE BYRNE, JUSTICES BAKER AND SMITH
## REVERSED AND REMANDED -- OPINION BY JUSTICE SMITH

This is an appeal from the interlocutory order signed by the trial court on September 15, 2020. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's interlocutory order. Therefore, the Court reverses the trial court's interlocutory order and remands the case to the trial court for further proceedings consistent with the Court's opinion. The appellees shall pay all costs relating to this appeal, both in this Court and in the court below.